THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DELTA INN, INC., a domestic corporation,

Plaintiff,

vs.

HYUNDAI SECURITIES CO., LTD., a foreign corporation,

Defendant.

No. 2:15-cv-01222-RAJ

**PLAINTIFF'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned certifies that Plaintiff Delta Inn, Inc. is not a publicly-traded company with no parent corporation and with no entity owning ten percent (10%) or more of its stock.

DATED this 13th day of August, 2015.

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP

 *s/ Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528
1001 4th Avenue, Suite 3900
Seattle, WA 98154-1051
Telephone: 206-625-8600
Facsimile: 206-625-0900
sfogg@corrcronin.com
*Attorneys for Plaintiff*

PLAINTIFF'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT
(No. 2:15-cv-01222-RAJ) - 1

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900