1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DELTA INN, INC., | ) | Case No. 2:15-Cv-01222 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **DEFENDANT'S CORPORATE** |
| HYUNDAI SECURITIES CO., LTD, a South Korean corporation, | ) ) | **DISCLOSURE STATEMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Def. Corp. Disclosure  (15-Cv-01222)

Sidley Austin LLP
701 Fifth Ave., Suite 4200
Seattle, WA  98104
206.262.7680

Pursuant to Rule 7.1 of the Federal Rules of Appellate Procedure and LCR 7.1, defendant Hyundai Securities Co., Ltd. ("Hyundai Securities") states that its parent corporation is Hyundai Group.  No publicly held corporation owns 10% or more of Hyundai Securities stock.

| | |
|---|---|
| Dated:  Oct. 26, 2015 | Respectfully Submitted, |
| | /s/ *Robin E. Wechkin* |
| | Robin E. Wechkin, WSBA #24746<br>SIDLEY AUSTIN LLP<br>701 Fifth Avenue, Suite 4200<br>Seattle, WA 98104<br>Telephone:  (206) 262-7680<br>rwechkin@sidley.com |
| | *Attorney for Defendant Hyundai Securities Co., Ltd.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2015 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receives CM/ECF notification.

Dated: October 26, 2015

/s/     Robin E. Wechkin
Robin E. Wechkin
Sidley Austin LLP
701 Fifth Street, Suite 4200
Seattle, WA 98104
Telephone: (206) 262-7680
rwechkin@sidley.com