Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DELTA INN, INC.,

                Plaintiff(s),

v.

HYUNDAI SECURITIES CO., LTD.,

                Defendant(s).

CASE NO. C15-1222RAJ

**ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT**

## I. INITIAL SCHEDULING DATES

The Court sets the following dates for initial disclosure and submission of the Joint Status Report and Discovery Plan:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | November 25, 2015 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | December 2, 2015 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | December 9, 2015 |

The deadlines above may be extended only by the Court. If this case involves claims which are exempt from the requirements of FRCP 26(a) and 26(f), please notify Victoria Ericksen, Courtroom Deputy, by telephone at (206) 370-8517.

## II.  JOINT STATUS REPORT & DISCOVERY PLAN

All counsel and any pro se parties are directed to confer and provide the Court with a combined Joint Status Report and Discovery Plan (the "Report") by December 9, 2015.  This conference shall be by direct and personal communication, whether that be a face-to-face meeting or a telephonic conference.  The Report will be used in setting a schedule for the prompt completion of the case.  It must contain the following information by corresponding paragraph numbers:

1. A statement of the nature and complexity of the case.

2. A proposed deadline for joining additional parties.

3. The parties have the right to consent to assignment of this case to a full time United States Magistrate Judge, pursuant to 28 U.S.C. §636(c) and Local Rule MJR 13, to conduct all proceedings.  The Western District of Washington assigns a wide range of cases to Magistrate Judges.  The Magistrate Judges of this district thus have significant experience in all types of civil matters filed in our court.  The parties should indicate whether they agree that the Honorable James P. Donohue may conduct all proceedings including trial and the entry of judgment.  When responding to this question, the parties should only respond "yes" or "no." Individual party responses should not be provided. A "yes" response should be indicated only if all parties consent.  Otherwise, a "no" response should be provided.

4. A discovery plan that states, by corresponding paragraph letters (A, B, etc.), the parties' views and proposals on all items set forth in Fed. R. Civ. P. 26(f)(3), which includes the following topics:

ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT,
AND EARLY SETTLEMENT - 2

       (A)    initial disclosures;

       (B)    subjects, timing, and potential phasing of discovery;

       (C)    electronically stored information;

       (D)    privilege issues;

       (E)    proposed limitations on discovery; and

       (F)    the need for any discovery related orders.

5.    The parties' views, proposals, and agreements, by corresponding paragraph letters (A, B, etc.) on all items set forth in Local Civil Rule 26(f)(1), which includes the following topics:

       (A)    prompt case resolution;

       (B)    alternative dispute resolution;

       (C)    related cases;

       (D)    discovery management;

       (E)    anticipated discovery sought;

       (F)    phasing motions;

       (G)    preservation of discoverable information;

       (H)    privilege issues;

       (I)    Model Protocol for Discovery of ESI; and

       (J)    alternatives to Model Protocol.

6.    The date by which discovery can be completed.

7.    Whether the case should be bifurcated by trying the liability issues before the damages issues, or bifurcated in any other way.

8. Whether the pretrial statements and pretrial order called for by Local Civil Rules 16(e), (h), (i), and (k), and 16.1 should be dispensed with in whole or in part for the sake of economy.

9. Whether the parties intend to utilize the Individualized Trial Program set forth in Local Civil Rule 39.2 or any ADR options set forth in Local Civil Rule 39.1.

10. Any other suggestions for shortening or simplifying the case.

11. The date the case will be ready for trial.  The Court expects that most civil cases will be ready for trial within a year after filing the Joint Status Report and Discovery Plan.

12. Whether the trial will be jury or non-jury.

13. The number of trial days required.

14. The names, addresses, and telephone numbers of all trial counsel.

15. The dates on which trial counsel may have complications to be considered in setting a trial date.

16. If, on the due date of the Report, all defendant(s) or respondent(s) have not been served, counsel for the plaintiff shall advise the Court when service will be effected, why it was not made earlier, and shall provide a proposed schedule for the required FRCP 26(f) conference and FRCP 26(a) initial disclosures.

17. Whether any party wishes a scheduling conference before the Court enters a scheduling order in the case.

18. List the date(s) that each and every nongovernmental corporate party filed its disclosure statement pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.1.

ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT,
AND EARLY SETTLEMENT - 4

19.     Whether the parties consent to having hearings in this matter video recorded as part of the Judiciary's Pilot Project on Cameras in the Courtroom, as set forth in Section V below.

If the parties are unable to agree on any part of the Report, they may answer in separate paragraphs.  No separate reports are to be filed.  If the parties wish to have a status conference with the Court at any time during the pendency of this action, they should notify Victoria Ericksen, Courtroom Deputy, by telephone at (206) 370-8517.

### III.  PLAINTIFF'S RESPONSIBILITY

This Order is issued at the outset of the case, and a copy is sent by the clerk to counsel for plaintiff (or plaintiff, if pro se) and any defendants who have appeared. Plaintiff's counsel (or plaintiff, if pro se) is directed to serve copies of this Order on all parties who appear after this Order is filed. Such service shall be accomplished within ten (10) after each appearance.  Plaintiff's counsel (or plaintiff, if pro se) will be responsible for starting the communications needed to comply with this Order.

### IV.  JUDGE-SPECIFIC PROCEDURAL INFORMATION

All counsel and unrepresented parties should review Judge Jones' web page for procedural information applicable to cases before Judge Jones.  The judges' web pages, in addition to the Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, court forms, instruction sheets, and General Orders, can be found on the Court's website at www.wawd.uscourts.gov.

# V.  PILOT PROJECT: CAMERAS IN THE COURTROOM

The Western District of Washington is participating in the Judiciary's Pilot Project on Cameras in the Courtroom.  This project is a three-year study to evaluate the effects of cameras in the courtrooms.  Additional information about the pilot project can be found at www.uscourts.gov/multimedia/cameras/overviewofpilot.aspx.

This case is eligible to have proceedings video recorded and made available to the public via the U.S. Court's and Western District of Washington's web sites.  Even if the parties consent in their joint status report, the Court will not automatically record all proceedings in the case.

If the parties indicate that they consent in their joint status report, notice will be sent prior to each scheduled proceeding seeking consent of all parties to have the scheduled proceeding recorded.  If all parties consent, and the judge approves, the hearing will be recorded and made available to the public as part of the pilot project. More information about his pilot project can be found on the Court's web site at www.uscourts.gov/multimedia/cameras.aspx.

///

///

///

///

///

///

## VI. EARLY SETTLEMENT CONSIDERATION AND NOTIFICATION

If settlement is achieved, counsel shall immediately notify Victoria Ericksen, Courtroom Deputy, at (206) 370-8517.

The parties are responsible for complying with the terms of this Order. The Court may impose sanctions on any party who fails to comply fully with this Order.

DATED this 26th day of October, 2015.

                                          */s/ Richard A. Jones*
                                          RICHARD A. JONES
                                          United States District Judge