# United States District Court
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

DELTA INN, INC.,

                        Plaintiff,

vs.

HYUNDAI SECURITIES CO., LTD.,

                        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C15-1222RAJ

\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X   **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    For the reasons stated in the Court's order of September 20, 2016, judgment is entered in favor of Defendant Hyundai Securities Co., Ltd. and against Plaintiff Delta Inn, Inc.

    DATED this 21st day of September, 2016.

                        WILLIAM M. McCOOL,
                        Clerk of the Court

                        By: *\/s\/ Kerry Simonds*
                        Deputy Clerk