THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DELTA INN, INC., a domestic corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HYUNDAI SECURITIES CO., LTD., a foreign corporation,<br><br>Defendant. | No. 2:15-cv-01222-RAJ<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Delta Inn, Inc., Plaintiff in the above-captioned case, seeks review by the United States Court of Appeals for the Ninth Circuit of the Order Granting Defendant's Motion to Dismiss entered on September 20, 2016 (Dkt. No. 20), and all other orders and rulings of the United States District Court prejudicially affecting the designated Order.

///

///

///

///

NOTICE OF APPEAL - 1
No. 2:15-cv-01222-RAJ

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1     Dated this 13th day of October, 2016.

2

3                             CORR CRONIN MICHELSON
                                BAUMGARDNER FOGG & MOORE LLP

4                             *s/ Steven W. Fogg*
                              Steven W. Fogg, WSBA No. 23528

5                               Todd T. Williams, WSBA No. 45032
                              1001 Fourth Avenue, Suite 3900

6                               Seattle, Washington 98154-1051
                              Tel: (206) 625-8600

7                               sfogg@corrcronin.com

8                               twilliams@corrcronin.com

9                               *Attorneys for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF APPEAL - 2
No. 2:15-cv-01222-RAJ

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

CERTIFICATE OF SERVICE

I hereby certify that on **October 13, 2016**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Robin E. Wechkin, WSBA No. 24746
> SIDLEY AUSTIN LLP
> 701 Fifth Avenue, Suite 4200
> Seattle, WA  98104
> Phone: (206) 262-7680
> Email: rwechkin@sidley.com
>
> *Attorneys for Defendant*
> *Hyundai Securities Co., Ltd.*

                     *s/ Steven W. Fogg*
                     Steven W. Fogg, WSBA No. 23528
                     CORR CRONIN MICHELSON
                     BAUMGARDNER FOGG & MOORE LLP
                     1001 Fourth Avenue, Suite 3900
                     Seattle, Washington 98154
                     (206) 625-8600 Phone
                     (206) 625-0900 Fax
                     sfogg@corrcronin.com

NOTICE OF APPEAL - 3
No. 2:15-cv-01222-RAJ

**CORR CRONIN MICHELSON**
**BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900